IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No. 2:14-cv-04500**

**AMENDED SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Yvette Brown

2. Plaintiff's Spouse (if applicable)

   Bryan Brown

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   North Carolina

5. District Court and Division in which venue would be proper absent direct filing.

   The U.S. District Court for the Western Division of North Carolina, Statesville Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☒  A. Ethicon, Inc.

   ☒  B. Johnson & Johnson

   ☐  C. American Medical Systems, Inc. ("AMS")

Revised: 5/28/14

☐     D. Boston Scientific Corporation

☐     E. C. R. Bard, Inc. ("Bard")

☐     F. Sofradim Production SAS ("Sofradim")

☐     G. Tissue Science Laboratories Limited ("TSL")

☐     H. Mentor Worldwide LLC

☐     I. Coloplast Corp.

☐     J. Cook Incorporated

☐     K. Cook Biotech, Inc.

☐     L. Cook Medical, Inc.

☐     M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐     N. Neomedic International, S.L.

☐     O. Neomedic Inc.

☐     P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

    ☒     Diversity of Citizenship

    ☐     Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1-11

_____

_____

B. Other allegations of jurisdiction and venue:

Pretrial Order #15, entered in MDL No. 2327, provides jurisdiction for the purposes of consolidated discovery and related pretrial proceedings in the Southern District of West Virginia, and allows direct filing into this jurisdiction. Paragraphs 4 and 5 of this Short Form Complaint also include allegations of jurisdiction and venue.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT
- [x] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

    _____

    _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT

3

☒ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

August 23. 2013

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

Catawba Valley Medical Center – Hickory, NC

_____

12. Implanting Surgeon(s):

Matthew Creighton, M.D.

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

4

☒ Count V – Strict Liability – Design Defect

☒ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

        /s/Bobby J. Bell, Jr.
        Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Bobby J. Bell, Jr.
Alabama: ASB-3426-B63B
Hollis Wright, Clay & Vail PC
2201 Morris Avenue
Birmingham, AL 35203
Telephone: 205-324-3600
Fax: 205-324-3636
bob@hollis-wright.com

6